ADAM L. BRAVERMAN
United States Attorney
ORLANDO B. GUTIERREZ
Assistant U.S. Attorney
California Bar No.: 183745
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6958

Email: orlando.gutierrez@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR MANUEL ALCANTAR-SALAS,<br><br>Defendant. | Case No.: 17CR3402-LAB<br><br>**UNITED STATES' MOTION TO DISMISS THE INFORMATION** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its Counsel, Adam L. Braverman, United States Attorney, and Orlando B. Gutierrez, Assistant United States Attorney, and hereby files its Motion to Dismiss the Information.

///
///
///
///
///
///
///

## POINTS AND AUTHORITIES

On January 8, 2018, the Court ruled that the affidavit underlying two seperate search warrants did not contain facts sufficient to support a finding of probable cause. The Court ruled that all evidence derived from these two underlying search warrants should be suppressed for want of sufficient probable cause.

As a Result of the Court's ruling, the government respectfully moves this Court to dismiss the Information in the case of <u>United States v. Alcantar-Salas,</u> 17CR3402-LAB.

DATED: January 9, 2018                    Respectfully submitted,

                                          ADAM BRAVERMAN
                                          United States Attorney

                                          /s/ *Orlando B. Gutierrez*
                                          Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17CR3402-LAB |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| OSCAR MANUEL ALCANTAR-SALAS, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' Unopposed Motion to Dismiss the Information on all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non ECF participants on this case: n/a

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 9, 2018.

s/ Orlando Gutierrez
Orlando B. Gutierrez
Email: Orlando.Gutierrez@usdoj.gov
Attorneys for Plaintiff
United States of America